NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

**BALLY TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**BUSINESS INTELLIGENCE SYSTEMS SOLUTIONS, INC.,**
*Defendant-Cross-Appellant.*

———————

2013-1131, -1132

———————

Appeals from the United States District Court for the District of Nevada in No. 10-CV-0440, Judge Philip M. Pro.

———————

**JUDGMENT**

———————

MICHAEL D. ROUNDS, Watson Rounds, of Reno, Nevada, argued for plaintiff-appellant. With him on the brief was ADAM K. YOWELL.

ROBERT W. BUSBY, Morgan, Lewis & Bockius, LLP, of Washington, DC, argued for defendant-cross-appellant. With him on the brief was ANDREW J. GRAY, IV, of Palo Alto, California.

───────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2013
Date

/s/  Daniel  E.  O'Toole
Daniel E. O'Toole
Clerk of Court